Liu v. Holder

BIA
A099 683 460

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of October, two thousand fourteen.

PRESENT:
        JON O. NEWMAN,
        DENNIS JACOBS,
        PIERRE N. LEVAL,
          *Circuit Judges.*

_____

XIU YA LIU,
      *Petitioner,*

      v.                          13-3165
                                       NAC

ERIC H. HOLDER, JR., UNITED STATES ATTORNEY GENERAL,
      *Respondent.*

_____

FOR PETITIONER:     Norman Kwai Wing Wong, New York, New York.

FOR RESPONDENT:     Stuart F. Delery, Assistant Attorney General; Greg D. Mack, Senior

**Litigation Counsel; Lisa M. Damiano, Trial Attorney, Office of Immigration Litigation, United States Department of Justice, Washington, D.C.**

UPON DUE CONSIDERATION of this petition for review of a Board of Immigration Appeals ("BIA") decision, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is DENIED.

Petitioner Xiu Ya Liu, a native and citizen of China, seeks review of a July 30, 2013, decision of the BIA, denying her motion to reopen. *In re Xiu Ya Liu*, No. A099 683 460 (B.I.A. July 30, 2013). We assume the parties' familiarity with the underlying facts and procedural history of this case.

The applicable standards of review are well established. *See Jian Hui Shao v. Mukasey*, 546 F.3d 138, 168-69 (2d Cir. 2008). Liu filed a motion to reopen based, in part, on her claim that she fears forced sterilization because she has had more than one child in the United States, which she contends violates China's population control program. We find no error in the BIA's determination that Liu failed to demonstrate either materially changed country conditions excusing the untimely

filing of her motion or her *prima facie* eligibility for relief on this ground. *See id.* at 158-72.

Liu also moved to reopen based on her claim that she fears persecution in China on account of her conversion to Christianity. We find no error in the BIA's determination that she failed to demonstrate her *prima facie* eligibility for relief based on her religious practice. *See id.*

For the foregoing reasons, the petition for review is DENIED. As we have completed our review, any pending request for oral argument in this petition is DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).

                                FOR THE COURT:
                                Catherine O'Hagan Wolfe, Clerk